**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

PORSCHE CHEW,
ADC #713697                                                                                          PLAINTIFF

V.                                      1:16CV00087-JM-JTK

BOBBIE HUFFMAN, et al.                                                                   DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Defendant State of Arkansas is DISMISSED from Plaintiff's Complaint.

2. Plaintiff's harassment and emotional distress claims against Defendant Huffman are DISMISSED.

IT IS SO ORDERED this 23rd day of August, 2016.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE