IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PORSCHE CHEW,
ADC #713697                                                                                              PLAINTIFF

1:16CV00087-JTK

BOBBIE HUFFMAN, et al.                                                                         DEFENDANTS

### JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to exhaust. The relief sought is denied.

IT IS SO ADJUDGED this 10th day of November, 2016.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE